LOUDERMILK *v.* DRIVER.

ERROR to the *Sullivan* Circuit Court.

*Per Curiam.*—The judgment in this case must be reversed. The record shows no cause of action.

The judgment is reversed with costs. Cause remanded, &c.

*J. P. Usher*, for the plaintiff.

*S. B. Gookins*, for the defendant.